**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

**EDGAR PIOTROWSKI,**

        *Plaintiff,*

   v.

**SIGNATURE COLLISION CENTERS, LLC,**

        *Defendant.*

**Case No. 2:21-cv-02115-JDW**

---

## <u>ORDER</u>

AND NOW, this 8th day of October, 2021, upon consideration of Defendant's Motion For Partial Dismissal Of Plaintiff's Amended Complaint (ECF No. 10), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. Count VI of the Amended Complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's Motion For Leave To File A Second Amended Complaint (ECF No. 17) is **GRANTED**. Plaintiff may file a Second Amended Complaint that conforms with this Order on or before October 15, 2021.

**BY THE COURT**

*/s/ Joshua D. Wolson*

HON. JOSHUA D. WOLSON
United States District Judge