IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDGAR PIOTROWSKI,**<br><br>*Plaintiff*<br><br>v.<br><br>**SIGNATURE COLLISION CENTERS, LLC, et al.,**<br><br>*Defendants.* | Case No. 2:21-cv-02115-JDW |

## ORDER

**AND NOW**, this 28th day of February, 2022, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

                                                                BY THE COURT:

                                                    */s/ Joshua D. Wolson*
                                                    JOSHUA D. WOLSON, J.